NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-364

CULLEN C. WASHINGTON

VERSUS

ALCIDE J. GRAY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT
PARISH OF CALCASIEU, DOCKET NUMBER 04-4529
HONORABLE TED BROYLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

**AFFIRMED.**

Cullen C. Washington
(In Proper Person)
2127 Vito Street
Lake Charles, Louisiana 70601
(337) 912-0382


Michael Creighton
Assistant Attorney General
Louisiana Department of Justice, Litigation Division
1885 North 3rd Street
P.O. Box 94005, Capital Station
Baton Rouge, Louisiana 70804-9005
(225) 326-6000
COUNSEL FOR DEFENDANT/APPELLEE:
    Alcide J. Gray